UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 04-125 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Courtney Ann Mithaugen, | |
| Defendant. | |

---

Defendant's Motion for Continuance of the Final Revocation Hearing is **GRANTED**. The March 26, 2007, hearing date is **CANCELED** and the parties will be advised of a new hearing date.

Dated: March 20, 2007

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge