# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 04-125 (03) (RHK) |
| Plaintiff, | **ORDER FOR CONTINUANCE** |
| v. | |
| Courtney Ann Mithaugen, | |
| Defendant. | |

Upon application of the Defendant, the Court finds that it is in the interest of justice that the Defendant's Motion for Continuance of the final revocation hearing is **GRANTED**.

**IT IS HEREBY ORDERED** that the final revocation hearing scheduled for May 9, 2007, is postponed for one month.  The Court will reschedule this hearing and notify counsel.

Dated: May 3, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge